EMMA SNYDER, Appellant, v. GERALD A. SCHURR et al., Respondents. — Judgment and order unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The judgment is reversed because of the inadequacy of the verdict. (Appeal by plaintiff from a judgment of Chautauqua Trial Term for plaintiff in an automobile negligence action; also appeal from order denying motion for a new trial.) Present — Williams, P. J., Goldman, Henry, Noonan and Del Vecchio, JJ.